**Approved on 3/01/13.**
**s/William T. Lawrence, Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **KIMBERLY CALVERT,** | ) |
| **Plaintiff,** | ) |
| v. | ) CASE NO: 1:12-cv-596-WTL-DML |
| **BROWNSBURG COMMUNITY SCHOOL CORPORATION,** | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Kimberly Calvert and Defendant, Brownsburg School Corporation, both by counsel, stipulate and agree that the above-captioned action shall be dismissed, with prejudice. Each party is to bear its own costs and attorneys' fees.

Respectfully submitted,

*s/ Paul A. Logan*_____
Paul A. Logan
John H. Haskin & Associates, LLC
255 North Alabama Street – Second Floor
Indianapolis IN 46204
Telephone: (317) 955-9500
Facsimile: (317) 955-2570
Email: plogan@hlllaw.com

*Attorneys for Plaintiff, Kimberly Calvert*

*s/ Brent R. Borg*_____
Andrew A. Manna
Brent R. Borg
CHURCH, CHURCH, HITTLE & ANTRIM
Two North Ninth Street
P.O. Box 10
Noblesville, IN 46061
Telephone:   (317) 773-2190
Facsimile:   (317) 773-5320
E-mail: amanna@cchalaw.com
borg@cchalaw.com

*Attorneys for Defendant,*
*Brownsburg School Corporation*